

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00331-CR
### No. 10-24-00332-CR

**MARGARET STEWART,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court Nos. 2021-80-C1 and
### 2022-1683-C1

## MEMORANDUM OPINION

Appellant attempts to appeal the trial court's denial of appellant's motions to permit the withdrawal of appellant's attorney in each underlying case. By letters dated October 15, 2024, the Clerk of this Court notified appellant that these appeals were subject to dismissal because it appeared there was no final, appealable order to appeal. By the same letters, appellant was warned that the appeals would be dismissed unless, within

seven days from the date of the letters, a response was filed showing grounds for continuing the appeals. More than seven days have passed, and no response has been filed.

Accordingly, these appeals are dismissed for want of jurisdiction. *See* TEX. R. APP. P. 26.2; 44.3.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeals dismissed
Opinion delivered and filed October 24, 2024
Do not publish
[OT06]

